1  TOMIO B. NARITA (SBN 156576)
   JEFFREY A. TOPOR (SBN 195545)
2  SIMMONDS & NARITA LLP
   44 Montgomery Street, Suite 3010
3  San Francisco, CA 94104-4816
   Telephone: (415) 283-1000
4  Facsimile:   (415) 352-2625
   tnarita@snllp.com
5  jtopor@snllp.com

6  Attorneys for Defendants
   Hunt & Henriques, Michael Scott Hunt
7  and Janalie Ann Henriques

8

9                    UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                        SAN JOSE DIVISION

12  JULIE VILLORENTE GRESHAM,          )   CASE NO.: C08 00130 RMW (HRL)
                                       )
13                                     )
                                       )
14          Plaintiff,                 )
                                       )   **DEFENDANTS' CERTIFICATE
15                                     )   OF INTERESTED PARTIES**
        vs.                            )
16                                     )
                                       )
17  HUNT & HENRIQUES, a general        )
    partnership, MICHAEL SCOTT         )
18  HUNT, individually and in his      )
    official capacity, and JANALIE ANN )
19  HENRIQUES, individually and in her )
    official capacity,                 )
20                                     )
            Defendants.                )
21  _____)

22

23

24

25

26

27

28

1    Pursuant to Civil L.R. 3-16, the undersigned counsel of record for Defendants

2  certifies that other than the named parties, no persons, associations of persons, firms,

3  partnerships, corporations (including parent corporations) or other entities (i) have a

4  financial interest in the subject matter in controversy or in a party to the proceeding, or

5  (ii) have a non-financial interest in that subject matter or in a party that could be

6  substantially affected by the outcome of this proceeding.

7

8

DATED: January 30, 2008                    SIMMONDS & NARITA LLP
9                                           TOMIO B. NARITA
                                           JEFFREY A. TOPOR
10

11

12                                 By:    s/Tomio B. Narita
                                          Tomio B. Narita
13                                        Attorneys for Defendants
                                          Hunt & Henriques, Michael Scott Hunt
14                                        and Janalie Ann Henriques

15

16

17

18

19

20

21

22

23

24

25

26

27

28