Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
JULIE VILLORENTE GRESHAM

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| JULIE VILLORENTE GRESHAM,<br><br>                    Plaintiff,<br><br>v.<br><br>HUNT & HENRIQUES, a general partnership, MICHAEL SCOTT HUNT, individually and in his official capacity, and JANALIE ANN HENRIQUES, individually and in her official capacity,<br><br>                    Defendants. | Case No.  C08-00130-RMW-HRL<br><br>**NOTICE OF SERVICE OF PLAINTIFF'S INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1)** |

**COMES NOW** the Plaintiff, JULIE VILLORENTE GRESHAM, by and through counsel, Fred W. Schwinn of the Consumer Law Center, Inc., and hereby notifies the Court that on the 5th day of May, 2008, a true and accurate copy of the Plaintiff's Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1) and a copy of this notice were deposited in the United States mail, postage prepaid, addressed to the following:

> Tomio B. Narita
> Simmonds & Narita, LLP
> 44 Montgomery Street, Suite 3010
> San Francisco, CA 94104-4816
> Attorney for Defendants

Dated: May 5, 2008                                By: /s/ Fred W. Schwinn
                                                                 Fred W. Schwinn, Esq.
                                                                 Attorney for Plaintiff
                                                                 JULIE VILLORENTE GRESHAM

NOTICE OF SERVICE OF PLAINTIFF'S INITIAL DISCLOSURES          Case No.  C08-00130-RMW-HRL