1   Fred W. Schwinn (SBN 225575)
    CONSUMER LAW CENTER, INC.
2   12 South First Street, Suite 1014
    San Jose, California  95113-2418
3   Telephone Number: (408) 294-6100
    Facsimile Number: (408) 294-6190
4   Email Address: fred.schwinn@sjconsumerlaw.com

5   Attorney for Plaintiff
    JULIE VILLORENTE GRESHAM
6

7

8                  IN THE UNITED STATES DISTRICT COURT
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                          SAN JOSE DIVISION

10

11  JULIE VILLORENTE GRESHAM,              Case No.  C08-00130-RMW-HRL

12                      Plaintiff,

13  v.                                     **PLAINTIFF'S NOTICE OF
                                           DISCOVERY PROPOUNDED TO
14  HUNT & HENRIQUES, a general            DEFENDANT, HUNT & HENRIQUES**
    partnership, MICHAEL SCOTT HUNT,
15  individually and in his official capacity, and
    JANALIE ANN HENRIQUES, individually
16  and in her official capacity,

17                      Defendants.

18          **COMES NOW** the Plaintiff, JULIE VILLORENTE GRESHAM, by and through counsel,

19  Fred W. Schwinn of the Consumer Law Center, Inc., and hereby notifies the Court that on the 9th

20  day of May, 2008, Interrogatories numbered 1 through 21 inclusively, have been submitted for

21  answer by Defendant, HUNT & HENRIQUES, in accordance with Rule 33 of the Federal Rules of

22  Civil Procedure, within thirty (30) days from the date of service thereof.

23          You will please take notice that the party filing these Interrogatories demands answers under

24  oath in accordance with the rules of civil procedure.  These Interrogatories are continuing and

25  require supplemental answers if additional information is obtained between the time of answering

26  and the time of trial.

27          ADDITIONALLY, Plaintiff notifies the Court that she has also served a Request for

28  Production of Documents in accordance with Rule 34 of the Federal Rules of Civil Procedure

                                          -1-

1   containing 24 paragraphs upon Defendant, HUNT & HENRIQUES, and that these discovery

2   requests are to be responded to within thirty (30) days.

3          ADDITIONALLY, Plaintiff notifies the Court that he has also served a Request for

4   Admissions in accordance with Rule 36 of the Federal Rules of Civil Procedure, containing 16

5   paragraphs upon Defendant, HUNT & HENRIQUES, and that these discovery requests are to be

6   responded to within thirty (30) days.

                                          CONSUMER LAW CENTER, INC.


                                          By: /s/ Fred W. Schwinn
                                          Fred W. Schwinn (SBN 225575)
                                          12 South First Street, Suite 1014
                                          San Jose, California  95113-2418
                                          Telephone Number: (408) 294-6100
                                          Facsimile Number: (408) 294-6190
                                          Email: fred.schwinn@sjconsumerlaw.com
                                               Attorney for Plaintiff


                        **CERTIFICATE OF SERVICE**

          The undersigned, Fred W. Schwinn, does hereby certify that he caused a true and correct

copy of the above and foregoing document to be deposited in the United States mail, postage

prepaid, addressed to the following:

          Tomio B. Narita
          Simmonds & Narita, LLP
          44 Montgomery Street, Suite 3010
          San Francisco, CA  94104-4816
                    Attorney for Defendants

on this, the 9th day of May, 2008.

                                           /s/ Fred W. Schwinn
                                          Fred W. Schwinn

NOTICE OF DISCOVERY PROPOUNDED TO DEFENDANT          Case No.  C08-00130-RMW-HRL