TOMIO B. NARITA (SBN 156576)
JEFFREY A. TOPOR (SBN 195545)
ROBIN M. BOWEN (SBN 230309)
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
Telephone: (415) 283-1000
Facsimile:  (415) 352-2625
tnarita@snllp.com
jtopor@snllp.com

Attorneys for Defendants
Hunt & Henriques, Michael Scott Hunt
and Janalie Ann Henriques

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| JULIE VILLORENTE GRESHAM, | ) | CASE NO.: C08 00130 RMW (HRL) |
| | ) | |
| Plaintiff, | ) | |
| | ) | **[PROPOSED] ORDER FOR MEET** |
| | ) | **AND CONFER SCHEDULE** |
| vs. | ) | **REGARDING POTENTIAL** |
| | ) | **MOTION FOR** |
| | ) | **DISQUALIFICATION OF** |
| HUNT & HENRIQUES, a general | ) | **PLAINTIFF'S COUNSEL** |
| partnership, MICHAEL SCOTT | ) | |
| HUNT, individually and in his | ) | |
| official capacity, and JANALIE ANN | ) | |
| HENRIQUES, individually and in her | ) | |
| official capacity, | ) | |
| | ) | |
| Defendants. | ) | |

1    WHEREAS a case management conference was held in this matter on May 9,

2  2008; and

3    WHEREAS Defendants indicated their belief that counsel for Plaintiff, Fred W.

4  Schwinn, is a material witness in support of their defense, and that they may move for

5  Mr. Schwinn's disqualification; and

6    WHEREAS the Court directed the parties to meet and confer regarding the

7  substance of any such motion before it is filed;

8    THEREFORE the Court sets the schedule for the parties' meet and confer

9  process as follows:

10    1)    On or before May 19, 2008, Defendants shall provide Plaintiff with their

11  account notes and other documents related to their contention that Mr. Schwinn is a

12  material witness in this action, including but not limited to any correspondence that was

13  sent to Mr. Schwinn by Defendants;

14    2)    Within thirty days of receipt of Defendants' documents described above,

15  Mr. Schwinn shall prepare a letter to counsel for Defendants, Tomio B. Narita,

16  indicating Plaintiff's position on whether Mr. Schwinn is a material witness in this

17  action, and whether there is a any basis for disqualification;

18    3)    After receipt of Mr. Schwinn's letter, Mr. Narita shall consider Plaintiff's

19  position and shall decide whether Defendants still intend to file their motion for

20  disqualification.

21

22  **IT IS SO ORDERED.**

23

24  DATED:_____

25

26              By:_____

27                  Hon. Ronald M. White
                    United States District Court Judge

28