1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 1014
   San Jose, California  95113-2418
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Attorney for Plaintiff
   JULIE VILLORENTE GRESHAM

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| JULIE VILLORENTE GRESHAM, | Case No.  C08-00130-RMW-HRL |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** |
| HUNT & HENRIQUES, a general partnership, MICHAEL SCOTT HUNT, individually and in his official capacity, and JANALIE HENRIQUES, individually and in her official capacity, | Fed. R. Civ. P. 41(a)(1) |
| Defendants. | |

Plaintiff, JULIE VILLORENTE GRESHAM, and Defendants, HUNT & HENRIQUES, MICHAEL SCOTT HUNT and JANALIE HENRIQUES, hereby stipulate and agree that the claims asserted in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).  All parties to bear their own costs and attorneys fees.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

-2-

| | | |
|---|---|---|
| 1 | Dated: May 13, 2008 | /s/ Fred W. Schwinn |
| 2 | | Fred W. Schwinn, Esq.<br>Attorney for Plaintiff<br>JULIE VILLORENTE GRESHAM |
| 3 | | |
| 4 | Dated: May 13, 2008 | /s/ Tomio B. Narita |
| 5 | | Tomio B. Narita, Esq.<br>Attorney for Defendants<br>HUNT & HENRIQUES |
| 6 | | MICHAEL SCOTT HUNT and<br>JANALIE HENRIQUES |

THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.

Dated: _____

The Honorable Ronald M. Whyte
Judge of the District Court

STIPULATION OF DISMISSAL                                              Case No. C08-00130-RMW-HRL