UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

DATE: May 9, 2008

Case No. C-08-00130-RMW        JUDGE: Ronald M. Whyte

JULIE VILLORENTE GRESHAM            -V- HUNT & HENRIQUES, et al.
Title

F. Schwinn                                   T. Narita via Phone
Attorneys Present (Plaintiff)                Attorneys Present (Defendant)

COURT CLERK: Jackie Garcia            COURT REPORTER: Not Reported

PROCEEDINGS

CASE MANAGEMENT CONFERENCE

**ORDER AFTER HEARING**

Hearing Held. The Court set the following schedule: Jury Trial set for 5/26/09 @ 1:30 PM; Pretrial Conference set for 4/30/09 @ 2:00 PM; Joint Pretrial Statement due 4/24/09; Hearing on Dispositive Motions set for 2/13/09 @ 9:00 AM; Discovery cutoff 11/30/08; Expert Discovery cutoff 12/15/08. Defendant to provide the plaintiff with collection logs within 10 days and meet and confer within 30 days. Defendant to prepare order following the conference.