Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
JULIE VILLORENTE GRESHAM

*E-FILED - 5/20/08*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| JULIE VILLORENTE GRESHAM,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>HUNT & HENRIQUES, a general partnership, MICHAEL SCOTT HUNT, individually and in his official capacity, and JANALIE HENRIQUES, individually and in her official capacity,<br><br>　　　　　　　Defendants. | Case No. C08-00130-RMW-HRL<br><br>**STIPULATION OF DISMISSAL AND [] ORDER**<br><br>Fed. R. Civ. P. 41(a)(1) |

　　　Plaintiff, JULIE VILLORENTE GRESHAM, and Defendants, HUNT & HENRIQUES, MICHAEL SCOTT HUNT and JANALIE HENRIQUES, hereby stipulate and agree that the claims asserted in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1). All parties to bear their own costs and attorneys fees.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

-1-

STIPULATION OF DISMISSAL　　　　　　　　　　　　　　　　　　　　　　　Case No. C08-00130-RMW-HRL

1  Dated: May 13, 2008                    /s/ Fred W. Schwinn
                                          Fred W. Schwinn, Esq.
2                                         Attorney for Plaintiff
                                          JULIE VILLORENTE GRESHAM
3

4  Dated: May 13, 2008                    /s/ Tomio B. Narita
                                          Tomio B. Narita, Esq.
5                                         Attorney for Defendants
                                          HUNT & HENRIQUES
6                                         MICHAEL SCOTT HUNT and
                                          JANALIE HENRIQUES
7

8  THE FOREGOING STIPULATION
   IS APPROVED AND IS SO ORDERED.
9

10 Dated:  5/20/08                        *Ronald M. Whyte*
                                          The Honorable Ronald M. Whyte
11                                        Judge of the District Court

-2-

STIPULATION OF DISMISSAL                              Case No. C08-00130-RMW-HRL