1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 1014
   San Jose, California  95113-2418
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Attorney for Plaintiff
   JULIE VILLORENTE GRESHAM            ***E-FILED - 5/20/08***

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| JULIE VILLORENTE GRESHAM,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>HUNT & HENRIQUES, a general partnership, MICHAEL SCOTT HUNT, individually and in his official capacity, and JANALIE HENRIQUES, individually and in her official capacity,<br><br>　　　　　　　　Defendants. | Case No.  C08-00130-RMW-HRL<br><br>**STIPULATION OF DISMISSAL AND [] ORDER**<br><br>Fed. R. Civ. P. 41(a)(1) |

Plaintiff, JULIE VILLORENTE GRESHAM, and Defendants, HUNT & HENRIQUES, MICHAEL SCOTT HUNT and JANALIE HENRIQUES, hereby stipulate and agree that the claims asserted in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).  All parties to bear their own costs and attorneys fees.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

-1-
STIPULATION OF DISMISSAL                                              Case No.  C08-00130-RMW-HRL

-2-

1 | Dated: May 13, 2008
/s/ Fred W. Schwinn
Fred W. Schwinn, Esq.
Attorney for Plaintiff
JULIE VILLORENTE GRESHAM

4 | Dated: May 13, 2008
/s/ Tomio B. Narita
Tomio B. Narita, Esq.
Attorney for Defendants
HUNT & HENRIQUES
MICHAEL SCOTT HUNT and
JANALIE HENRIQUES

THE FOREGOING STIPULATION
IS APPROVED AND IS SO ORDERED.

Dated: 5/20/08

*Ronald M. Whyte*
The Honorable Ronald M. Whyte
Judge of the District Court

STIPULATION OF DISMISSAL                                    Case No.  C08-00130-RMW-HRL